U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 1 1 2007

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY
SHREVEPORT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 94-50021-01 |
| VERSUS | JUDGE DONALD E. WALTER |
| SAMMIE CRAWFORD | MAGISTRATE JUDGE HORNSBY |

## O R D E R

Before this Court is a Motion for Resentencing [Doc. #60] filed by defendant, Sammie Crawford, wherein defendant relies on Blakely v. Washington, 124 S.Ct. 2531 (2004), and United States v. Booker, 125 S.Ct. 738 (2005), and asserts that he would have received a lesser sentence had the facts not charged in the indictment been removed from consideration for sentence enhancement purposes.

The United States Supreme Court, in Booker, supra, held that Blakely v. Washington, 124 S.Ct. 2531 (2004), applies to the Sentencing Guidelines. However, the Booker Court also determined that their holding would only apply to "all cases on direct review." Booker, supra at 769. As this matter is no longer on direct review, **IT IS ORDERED** that defendant's Motion for Resentencing [Doc. # 60] be and is hereby **DENIED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this _10_ day of June, 2007.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE